DANIEL G. BOGDEN
United States Attorney
District of Nevada
KIMBERLY M. FRAYN
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336
Fax: 702-388-5087

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STACIA MORRIS,<br><br>Defendant. | CRIMINAL INDICTMENT<br><br>Case No.: 2:14-cr-208<br><br>VIOLATIONS:<br>Title 18 United States Code § 1542- False Statements In An Application And Use Of A United States Passport; and Title 18 United States Code § 1028A- Aggravated Identity Theft |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
(False Statements In An Application And Use Of A United States Passport)

On or about October 15, 2013, in the State and Federal District of Nevada, and elsewhere,

**STACIA MORRIS,**

defendant herein, did knowingly and willfully make a false statement in an application for a passport with intent to induce and secure for her own use, the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated she was T.M. and used T.M.'s date of birth, which statements she knew to be false, in violation of Title 18, United States Code, Section 1542.

1

## COUNT TWO
(Aggravated Identity Theft)

On or about on or about October 15, 2013, in the State and Federal District of Nevada, and elsewhere,

**STACIA MORRIS**

defendant herein, did knowingly transfer, possess, and use, without lawful authority, means of identification of another person, to wit: T.M.'s name, T.M.'s true date of birth, and T.M.'s forged signature, during and in relation to a specified felony enumerated in Title 18 United States Code, Section 1028A(c), to wit: False Statements In An Application And Use Of A United States Passport, a violation of Title 18, United States Code, Section 1542.

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(7).

DATED: this 17th day of June, 2014.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

KIMBERLY M. FRAYN
Assistant United States Attorney

2