JASON G. WEINER, ESQ.
Nevada Bar Number 7555
GREGORY V. CORTESE, ESQ.
Nevada Bar. Number 6610
WEINER LAW GROUP, LLC
2820 W. Charleston Blvd. #35
Las Vegas, Nevada 89102
Tel. No. (702) 202-0500
Fax No. (702) 202-4999
Attorney for Defendant
STACIA MORRIS

# UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STACIA MORRIS,<br><br>Defendant. | CASE NO. 2:14-cr-00208-APG-PAL |

**STIPULATION AND ORDER TO ALLOW COUNSEL FOR DEFENDANT TO OBTAIN COPIES OF DOCUMENTS PRODUCED BY THE SOCIAL SECURITY ADMINISTRATION FILED UNDER SEAL**

IT IS STIPULATED between counsel for Defendant Stacia Morris, JASON G. WEINER, ESQ., of the WEINER LAW GROUP, and counsel for Plaintiff UNITED STATES OF AMERICA, Assistant United States Attorney, KIMBERLY M. FRAYN, that, pursuant to the Court Order (#33), counsel for Defendant be allowed to obtain copies of the documents produced by the Social Security Administration filed under seal.

DATED this 3rd day of March, 2015.

1

| | | |
|---|---|---|
| 1 | USA v. Stacia Morris | Case No. 2:14-cr-00208-APG-PAL |
| 2 | | |
| 3 | WEINER LAW GROUP, LLC. | DANIEL BOGDEN<br>United States Attorney |
| 4 | | |
| 5 | | |
| 6 | *[signature]*<br>JASON G. WEINER, ESQ. | By: /s/ Kimberly M. Frayn<br>KIMBERLY M. FRAYN, ESQ. |
| 7 | Nevada State Bar No. 7555 | Assistant United States Attorney |
| 8 | 2820 W. Charleston Drive, Ste. 35 | 333 S. Las Vegas Blvd., Suite 500 |
| 9 | Las Vegas, Nevada 89102<br>Tel. (702) 202-0500 | Las Vegas, Nevada 89101<br>Tel. (702) 388-6336 |
| 10 | Attorney for the Defendant<br>STACIA MORRIS | Attorneys for the Plaintiff |

**ORDER**

IT IS SO ORDERED.

*[signature]*

UNITED STATES DISTRICT JUDGE
Dated: March 3, 2015.

2