2:14cr-00 208

Stacia Morris
September 20/2015
#49168048

    Your Honor , I Greet you in the Name of my Lord and Savior Jesus Christ I recently found out that I have a warrant in state I have ask my attorney MR. Todd Levanthol about this situation and he informed me that its not his job to handle those charges are get the warrant squashed I am afraid than when I get out I will have to go to state he has been paid $13000 and he has lied to me over and over again, everything I ask him to do his response is always no, he has gone against me in court, I thought your attorneys was suppose to be on your side but instead he has stand up in court and speak for the prosecution instead of me his client, I thought it was also a contradiction for him to work along side the prosecution seeing that he was best man at her wedding or vice versa. I am writing today to ask you for help your Honor, Please run the state time concurrent with my fed time since my attorney hasn't taken my calls since I last went to court, this man is getting away with doing so much things that are against the law but who am I but an illegal immigrant that has no one fighting for my life please your Honor I sign for 6-12 months and am now going on 16 months please help me your Honor, Your my only hope. I ask you last time if you could grant me Political Asylum so I can continue helping my family. Please look into my attorney he is not helping me in anyway everything that come's out of his mouth is a lie, I didn't receive anything that he promise me, like a misdemeanor, no deportation and he promise me if I took responsibility he would ask the prosecution to let me plead to a lesser charge so I wont jeopardize my stay here in Las Vegas please help me your Honor, please

Thank you Honorable Judge Gordon
sincerely Stacia Morris



✓ FILED     ___ RECEIVED
___ ENTERED     ___ SERVED ON
                  COUNSEL/PARTIES OF RECORD

OCT - 5 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY



Stario Morris F14916804 8

To: The United Clerk
333 Los Vegas Blvd
Las Vegas NV 89101