Stacia Morris
September 20/2015
#49168048

      Your Honor , I Greet you in the Name of my Lord and Savior Jesus Christ I recently found out that I have a warrant in state I have ask my attorney MR. Todd Levanthol about this situation and he informed me that its not his job to handle those charges are get the warrant squashed I am afraid than when I get out I will have to go to state he has been paid $13000 and he has lied to me over and over again, everything I ask him to do his response is always no, he has gone against me in court, I thought your attorneys was suppose to be on your side but instead he has stand up in court and speak for the prosecution instead of me his client, I thought it was also a contradiction for him to work along side the prosecution seeing that he was best man at her wedding or vice versa.  I am writing today to ask you for help your Honor, Please run the state time concurrent with my fed time since my attorney hasn't taken my calls since I last went to court, this man is getting away with doing so much things that are against the law but who am I but an illegal immigrant that has no one fighting for my life please your Honor I sign for 6-12 months and am now going on 16 months please help me your Honor, Your my only hope. I ask you last time if you could grant me Political Asylum  so I can continue helping my family. Please look into my attorney he is not helping me in anyway everything that come's out of his mouth is a lie, I didn't receive anything that he promise me, like a misdemeanor, no deportation and he promise me if I took responsibility he would ask the prosecution to let me plead to a lesser charge so I wont jeopardize my stay here in Las Vegas  please help  me your Honor, please

      Thank you Honorable Judge Gordon
sincerely Stacia Morris



14 CV 208

___ FILED    ___ RECEIVED
___ ENTERED  ___ SERVED ON
          COUNSEL/PARTIES OF RECORD

OCT - 5

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

(1)

To Whom It May Concern:

My name is Marcie Wells and I am writing this letter on behalf of Stacia Morris. I was her coworker at Margaritaville and I was always impressed by Stacia's patience and calm disposition with customers and coworkers alike. She is a dedicated mother whose sole purpose is to be a selfless provider for her family. I am personally inspired by the sacrificial nature of her giving. Everyone else always came first and she never waivered, questioned it or complained. In my experience, the workplace serves as a microcosm that represents society. From social mores to pop culture discussions, the workplace is a representation of the society at large and its inhabitants. Needless to say, we were all surprised by Stacia's detainment and the associated factors. There were myriad responses including apathy, condemnation and compassion. Stacia embodies the latter trait and as such, she deserves compassion in return. There is a Maya Angelou quote that speaks to the effect of Stacia's presence: "I've learned that people will forget what you said, people will forget what you did but people will never forget how you made them feel". I shudder to think of Stacia in her current locale

On the surface, this is an immigration issue or a criminal issue and I fully understand the severity of the charges. I don't wish to make light of that. I also understand the possible legal undertones that may be a barrier to Stacia's truth being heard. However, at its core this feels like a humanitarian issue on a very large scale. I know that Stacia is an asset. Her personal brand of island inspired charm is exactly what is needed to counteract some of the collectively damaging traits that have become more pervasive in American culture i.e judgemental, punitive and

socially self-harming behaviors. Our country is absolutely an historical example of being able to harvest the very best from a multitude of influences. Like separating the chaff and grain of wheat, our story has represented a beautiful patchwork quilt of culture, which has become a uniquely American brand. Stacia heart, is a prime example of an imperative component to further build and restore the sense of forgiveness, love and community that will surely serve to perpetuate the American ideal in the coming years. I also understand the innate, desperate and overwhelming drive of maternal instinct and how that takes precedent over everything else. Stacia's palpable maternal nature extends to everyone around her and is a trait that makes her corner of the world a better place. In the state of the world today, people like her are an asset and a beacon of light in a civilization where some people have lost sight of love. In light of all the mitigating factors of this case, I implore you to consider Stacia for exoneration and allow her to remain in the United States to continue and expound on the legacy she is building for her son, mother and host of friends who love her. She truly represents the proverbial salt of the earth archetype and ultimately she is a loving mother, daughter and friend. In any case, I wish you clarity, happiness and peace as you weigh the contents of the evidence and your heart.

Humbly Yours,

Marcie Wells

To Whom it may Concern,

I've worked with Stacia Morris for around six years she's a very nice person. She's always been very generous and kind to me and my family.

Her son is a very good boy and I know he has health issues that are easier to deal with in the United States and I hope and pray that she can stay in the states with her friends and son who love her so very much.

Thank you for your time,

Cynthia Lee
702-334-0169

To whom it may concern,
I Colette Davis have worked with Tonya Also known as Stacia Morris For 3½ years I think she is a wonderful brilliant Woman she's established and a great worker And Friend Stacia was always helpful towards Me She always gave me great advice she kept A smile On her face Always there with A helping hand and smile Stacia will Be A great asset to this ecomony For I have Always Known her to work and Try her Best For Friends and Family It is very Terrible the trouble she is in May the Lord bless her and help her through I am praying For stacia Daily She deserves Better For All the Good I seen her do Towards Friends and Family Stacia is A great woman God Bless her.

Sincerely,
Colette Davis

To whom this may concern,

I am writting this letter in hoping that this will help Stacia stay in the States. I've known her for over 5 yrs. She is a very sweet and caring person. I can promise you, she is in no way by any means a threat to society. Though what she did may have been illegal; she only did what she as a mother had to do to help her son. Not only because its a better place for him to live but he is also sick and it is better & easier for her to care for him here. Please find it in your heart to be lenient for her son's sake.

Sincerely,
Jasmar Zimmons

To whom it may concern,

I have had the pleasure of knowing Stacia Morris since 2008 and in that time I have gotten to know how hard working and family oriented she is. Her son is the most important person to her, and she's always put his health and well being first. While I am not sure about all the details of her situation, I do know that she is a great person, friend, employee and mother and hopefully she can get a second chance to remain here with her son.

Sincerely,
Camille Hendrix

To whom this may concern,

I have known Tanya Maynard (Stacia Morris) for over six years. She was an extremely hard worker with a great personality. We spoke on many occasions about her son, who is sick. She was always picking up shifts and working hard to pay for her sons medical bills. Her mother has terminal cancer and her brother is disable and unable to work. She supported her whole family with the money she earned. Despite all her hardships she would come to work everyday with a smile on her face, willing to help everyone around her. I hope this letter will help her in any way since she has helped so many at work and in her personal life. Thanks for your time.

Sincerely,

Julie HARRIS

*Julie Ham*
(coworker at Margaritaville)

To whom it may concern:

My name is Pamela, I've been working with Stacia Morris aka Tanya for about 5/6 years. She is an awesome individual, loving, caring person. She is a family person & she does not belong locked up. I believe in second chances. She is no way shape or form a threat to society. Please her family & friends needs her especially her child. So I'm begging you to help her. This life in prison for her is not meant for her. She belongs with people who love & care for her.

Sincerely,
Pamela Ganigal

# Certificate of Achievement

Presented to

*Stacia Morris*

on this Day,

*9/04/2014*

For the Completion of

*Understanding and Reducing Angry Feelings*

**Nevada Southern Detention Center**

49168048

Detainee Register Number


CCA
CORRECTIONS CORPORATION OF AMERICA

Case Manager Pallen

Chief of Unit Management Delaney

# Certificate of Achievement

Presented to

*Stacia Morris*

on this Day,

8/13/2014

For the Completion of

*Suicide Prevention Seminar 1*

49168048
Detainee Register Number


CCA
CORRECTIONS CORPORATION OF AMERICA

Nevada Southern Detention Center

_____
Case Manager Pallen

_____
Chief of Unit Management Delaney

# Certificate of Achievement

Presented to

*Stacia Morris*

on this Day,

*8/26/2014*

For the Completion of

*Advanced Critical Thinking Seminar 1*



49168048

Detainee Register Number

Nevada Southern Detention Center

CCA
CORRECTIONS CORPORATION OF AMERICA

Case Manager Pallen

Chief of Unit Management Delaney

I Sabrina Koetter have known Tanya Maynard since 2008. She was a hard worker, and a great person. She is no harm to society. She has a son and I know she worked very hard to give him a good life.

Sincerly, Sabrina Koetter.

(1)

9-10-2014

To Who This May Concern

My name is Irma Smith, and I am writting this letter on behalf of my friend Stacia Morris who right now is in jail for using her friend name Tanya Maynard to work in. Stacia is an amazing wonderful person, with a heart of Gold. She is Illegal. But because her mother has Terminal cancer, and her brother who is Paralyzed in Jamaica, she had to do something to help them out. Stacia has a son also who 15 years old, and is very sick he has Sickle cell, his name is Demario Barnes and he stays with me, and missing his mother so much. Stacia had to work in her friend's name to help her family out. I have known Stacia for over 10 years. I have seen with my eyes, how hard she has work to send money to help her family out in Jamaica. She has sacrifice everything she has to help them out. I ask, I beg of whom this may concern Please Don't Deport this This Amazing, loving Wonderful Person back to her home Town, She is no Treat to society. The only wrong my friend did was using her friend name with her

(3)

Permission Tanya Maynard her Friend. Stacia Did This To help her Family to have a better life, IF you Deport her back To Jamacia her Mother and brother will suffer bady, and her Sick Son will have A very rough time in life without his Mother. Please give her a Second chance, and Don't Send back My Friend Stacia Morris to Jamacia, IF any Deserves a Second Chance, In life is Stacia Morris. Please I beg of you Don't Deport her back To Jamacia let her Stay in The U.S. Please and Thank You

September 10, 2014

Dear Sir or Madam:

    I have known Stacia Morris for close to seven years now. We are co-workers at Margaritaville and she has been a wonderful friend to myself and my wife. She has a kind heart and a loving soul. I have two small children and she has always treated them as though they were her own. All the staff at Margaritaville are family and whenever one of our own has been in need she has always been one of the first to help. These simple acts have shown me her true character. Through the years she has proven herself to me that she is a loving, caring person that I trust. When she found herself in trouble we as her Margaritaville family all came together to support her as she has always supported us. None of us has ever doubted her loyalty or integrity. She is a wonderful person who has earned and deserves our love and support and we will continue to be there for her.
    I ask you please to have mercy on my dear friend Stacia. She has made mistakes but she is a good person and deserves a second chance.

Sincerely,

*David Ballard*

David Ballard

2196 East Mesquite Ave
Parumph Nevada 89060
F14916 8048

Correspondence originated
from a detention facility
The facility is not responsible
for the contents hereof

To: The Honorable Judge Gordon
333 Las Vegas Blvd South
Las Vegas Nevada 89101


