# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00208-APG-PAL |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR THE GOVERNMENT TO RESPOND TO DEFENDANT STACIA MORRIS'S MOTION FOR STAY OF DEPORTATION** |
| STACIA MORRIS, | |
| Defendant. | |

IT IS ORDERED that the Government shall file a response to defendant Stacia Morris's motion for stay of deportation (ECF No. 80), including whether this case is the proper venue for her motion, on or before June 25, 2018.

DATED this 8th day of June, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE