UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STACIA MORRIS,<br><br>Defendant. | Case No. 2:14-cr-00208-APG-PAL<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR STAY OF DEPORTATION** |

Defendant Stacia Morris moves for a stay of deportation. ECF No. 80. The Ninth Circuit, not this court, has jurisdiction over requests like this. That court has twice denied her request to stay removal. ECF No. 82-1. Even if I had jurisdiction, I see no reason to come to a different conclusion than that reached by the Ninth Circuit.

IT IS THEREFORE ORDERED that Stacia Morris's motion for a stay of deportation **(ECF No. 80) is denied.**

DATED this 6th day of July, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE